# CASE ANNOUNCEMENTS

## *February 13, 2014*

[Cite as *2/13/14 Case Announcements*, 2014-Ohio-485.]

## MOTION AND PROCEDURAL RULINGS

**In re Howard.**

On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On February 5, 2014, and February 11, 2014, Howard presented a motion for leave to file a notice of appeal and related documents and a motion to file reasons for granting a notice of appeal of right.

It is ordered by the court that the motions are denied.

## MISCELLANEOUS DISMISSALS

**2013–1583.   State ex rel. Harsh v. Mohr.**

Franklin App. No. 13AP–357. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. The records of this court indicate that appellant has not filed a merit brief, due December 20, 2013, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

Upon consideration of appellant's motion to hold case in abeyance, it is ordered by the court that the motion is denied.